John C. West - 007233
jwest@jsslaw.com
Jessica A. Lienau – 027228
jlienau@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
**Telephone: (602) 262-5874**

Attorneys for Defendant First Data
Merchant Services Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAY FOR LOAN MOD, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATA MERCHANT SERVICES CORPORATION,<br><br>Defendant. | No. 2:09-cv-02004-SRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and agree that this case be dismissed in its entirety with prejudice with each party to bear their own costs and fees. This Stipulation is entered into between counsel for Defendant First Data Merchant Services Corporation , Jennings, Strouss & Salmon, and counsel for Plaintiff Pay for Loan Mod, LLC's Chapter 7 Bankruptcy Trustee Lothar Goernitz's counsel, Lane & Nach.

Plaintiff filed the instant action in Maricopa County Superior Court, Case Number CV2009-070458, on August 26, 2009. On September 24, 2009, Defendant removed Case Number CV2009-070458 to this Court. See Defendant's Notice of Removal [Doc. No. 1]. Plaintiff filed a voluntary Chapter 11 petition on December 22, 2009, which was converted to a Chapter 7 on February 8, 2010. See Trustee's Application to Compromise Claim, Case No. 2:09-bk-33088-RJH [Doc. No. 27], attached hereto as Exhibit 1. Lothar Goernitz is the duly appointed Trustee for the

3611304v1(51545.9)

1 Estate of Plaintiff.  See Id.

2 On May 10, 2010, Mr. Goernitz filed an Application to Compromise Claim with the Bankruptcy Court.  See Id.  On June 10, 2010, U.S Bankruptcy Judge Randolph J. Haines issued an Order Approving Trustee's Application to Compromise Claim.  See Order dated June 10, 2010, Case No. 2:09-bk-33088-RJH [Doc. No. 41], attached hereto as Exhibit 2.  The Order authorized Mr. Goernitz "to enter into a settlement [with] First Data Merchant Services Corporation and resolve the Estate's claim pending in the District of Arizona (CV09-2004-PHX-SRB) for payment of the sum of $12,720.00."  See Id.

The parties have resolved this claim and hereby stipulate and agree that this case be dismissed in its entirety with prejudice with each party to bear their own costs and fees.

Dated this 16th day of July, 2010.

JENNINGS, STROUSS & SALMON, P.L.C.

By   s/ Jessica A. Lienau
    John C. West
    Jessica A. Lienau
    One East Washington Street
    Suite 1900
    Phoenix, Arizona  85004-2554
    *Attorneys for Defendant First Data Merchant Services Corporation*

By   s/Michael P. Lane
    Michael P. Lane, Esq.
    Lane & Nach, P.C.
    2025 North Third Street
    The Brookstone Suite 157
    Phoenix, Arizona  85004

2

3611304v1(51545.9)

*Attorney for Lothar Goernitz, Chapter 7 Bankruptcy Trustee for Plaintiff Pay for Loan Mod, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2010, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Michael G. Tafoya, Esq.
P.O. Box 80495
Phoenix, AZ 85060
Attorney for Plaintiffs
Michael.Tafoya@azbar.org

I hereby certify that on July 16, 2010, I put in the U.S. Mail a paper courtesy copy of the foregoing document and the Notice of Electronic Filing to the assigned Judge.

*s/ Denise Christiansen*

3

3611304v1(51545.9)